No. 224. SPRUILL v. CAMPBELL. November 19, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 368. MADISON AVENUE OFFICES, INC. v. BROWNE ET AL., CONSTITUTING THE STATE TAX COMMISSION; and

No. 369. MacDONALD ET AL., EXECUTORS, v. BROWNE ET AL., CONSTITUTING THE STATE TAX COMMISSION. November 19, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of these applications.

No. 46. GENERAL ELECTRIC Co. v. JEWEL INCANDESCENT LAMP Co. ET AL. December 3, 1945. 326 U. S. 242.

No. 192. ODDO v. UNITED STATES. December 3, 1945.

No. 303. GANCY v. UNITED STATES. December 3, 1945.

No. 353. PURMAN v. FITCH ET AL. December 3, 1945.

No. 416. OBEAR-NESTER GLASS Co. v. UNITED DRUG Co. December 3, 1945.

No. 49. BAILEY v. ANDERSON, STATE HIGHWAY COMMISSIONER. See ante, p. 691.

No. 188. LAWRENCE v. ILLINOIS. December 3, 1945. Second petition for rehearing denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.